UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIDNEY MCBRIDE, III, #457947          CIVIL ACTION

VERSUS                                NUMBER: 21-1140

SHERIFF CRAIG WEBRE, ET AL.           SECTION: "T"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this __25th__ day of October, 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE